JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DARIO PADILLA DE ANDA,                     ) Case No. 2:24-cv-10646-PD
                                           )
          Plaintiff,                       ) **JUDGMENT**
             vs.                           )
                                           )
LELAND DUDEK,                              )
Acting Commissioner of Social             )
Security,                                  )
                                           )
          Defendant.                       )

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation t  R  man

DATED:  April 4, 2025

_Patricia Donahue_
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE